IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
DERREKA CLINKSCALE,                    )
                                       )
      Plaintiff,                       )
                                       )
      v.                               )
                                       )
BILL DAVIS, Judge; DONNA WILDER,       )
DHHS Employee; SHAWNIECE ORANGE,       )
Attorney; LATONYA WRIGHT,              )
Attorney; RACHEL COOLEY, DHHS          )
Employee; AVERY CRUMP, District        )
Attorney; WAYNE BAUCINNO,              )
Attorney; KEVIN DOWLING,               )
Attorney; EMILY BLANTON,               )
DHHS Employee; VICTOR ISLER,           )
Asst County Manager-Successful         )     1:25-cv-158
People; DANIELLE VANCE,                )
Administrative Assistant II;           )
SHEILA STOKES, SSV Division            )
Director; WENDY SIVORI, Deputy         )
County Attorney; JASMINE               )
PITTMAN, DHHS Employee; KAREN          )
WILLIAMSON, Social Work Program        )
Manager; MARY MACKINS, DHHS            )
Employee; TERRY MEINECKE, US           )
Attorney Prosecutor; JENNIFER          )
IRVING, Consumer Protection            )
Specialist; VANESSA BRUSH,             )
Administrative Supervisor;             )
GUILFORD COUNTY BOARD OF               )
COMMISSIONERS; MELVIN ALSTON; J.       )
CARLVENA FOSTER; KATIE CASHION;        )
CARLY COOKE; FRANKIE T. JONES,         )
JR.; MARY BETH MURPHY; ALAN            )
PERDUE; PAT TILLMAN; SADIO TENE        )
LLOYD, DHHS Employee; HEATHER          )
MCFARLING, DayCare Employee;           )
JOSH STEIN, NC Attorney General,       )
North Carolina Governor; and AMY       )
WILLIAMS, Attorney,                    )
                                       )
              Defendants.              )
```

**ORDER**

This matter is before the court for review of the Memorandum Opinion, Order, and Recommendation ("Recommendation") filed on November 3, 2025, by the Magistrate Judge in accordance with 28 U.S.C. § 636(b). (Doc. 11.) In the Recommendation, the Magistrate Judge recommends dismissal of this action under 28 U.S.C. § 1915(e)(2)(B), as frivolous, for failure to state a claim, and due to immunity doctrines. The Recommendation was served on Plaintiff November 3, 2025. (Doc. 12.) Plaintiff filed timely a pleading treated as objections, (Doc. 13), and a supplemental pleading, (Doc. 14), to the Recommendation.

This court is required to "make a de novo determination of those portions of the [Magistrate Judge's] report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1). This court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the [M]agistrate [J]udge. . .[,] or recommit the matter to the [M]agistrate [J]udge with instructions." Id.

This court has considered Plaintiff's arguments in her objections and has made a de novo determination which is in accord with the Magistrate Judge's Recommendation. This court therefore adopts the Recommendation.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 11), is **ADOPTED. IT IS FURTHER ORDERED** that this action is hereby **DISMISSED** under 28 U.S.C. § 1915(e)(2)(B) as frivolous, for failure to state a claim, and due to immunity doctrines.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 31st day of December, 2025.

_____
United States District Judge